IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| ALFONZA HARDY GREENHILL, | ) |
| | ) Case No. 7:16CV00068 |
| Plaintiff, | ) |
| | ) |
| v. | ) ORDER |
| | ) |
| | ) |
| HAROLD W. CLARKE, ET AL., | ) By: Robert S. Ballou |
| | ) United States Magistrate Judge |
| Defendant(s). | ) |
| | ) |

Defendants have now filed an answer to plaintiff's prisoner civil rights complaint. Upon review of the record, it is now **ORDERED** that the defendants shall file any motion for summary judgment within 30 days from entry of this order, or this matter will be set for trial on the plaintiff's claims.

The Clerk is directed to send a copy of this order to the plaintiff and to counsel of record for the defendants.

Enter: June 13, 2016

/s/ Robert S. Ballou

Robert S. Ballou
United States Magistrate Judge