RONAOKEIN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| **ALFONZA HARDY GREENHILL,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:16CV00068 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE, ETC., ET AL.,** | ) | By: James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

It appearing that the Judgment entered on May 10, 2017 (ECF No. 44) was entered in error, the case on the merits not having been concluded, it is **ORDERED** that the said Judgment is VACATED and case placed back on the docket.

ENTER: May 11, 2017

/s/ James P. Jones
United States District Judge