# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | | |
|---|---|---|
| **ALFONZA HARDY GREENHILL,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 7:16CV00068 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| **HAROLD W. CLARKE, ET AL.,** | ) | By:  James P. Jones |
| | ) | United States District Judge |
| Defendants. | ) | |

The court of appeals has vacated this court's entry of summary judgment in favor of the defendants and remanded the case for further proceedings.  *Greenhill v. Clarke*, 944 F.3d 243 (4th Cir. 2019).  The defendants may file a supplemental motion for summary judgment, consistent with the Fourth Circuit's opinion, within 60 days of the date of this Order.  The plaintiff shall file any brief in opposition within 28 days thereafter.  The defendants may then file a reply in support of their motion within 14 days of the filing of the plaintiff's brief in opposition.

It is so **ORDERED**.

ENTER:  April 6, 2020

/s/  JAMES P. JONES
United States District Judge