IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

ALFONZA HARDY GREENHILL,

        Plaintiff,

v().

HAROLD W. CLARKE, *et al.*,

        Defendants.
_____/

Case No. 7:16-cv-00068

## NOTICE OF APPEARANCE OF COUNSEL

The undersigned appear in this case as counsel for Plaintiff ALFONZA HARDY GREENHILL. Kevin J. O'Brien is admitted to practice in this Court, and Scott Edson, Kathryn Lehman, and Jarred Reiling each have pending motions to appear before this Court, *pro hac vice*, on behalf of Plaintiff ALFONZA HARDY GREENHILL in the above-styled matter.

Date:   April 10, 2020

Respectfully submitted,

*/s/ Kevin J. O'Brien*
Kevin J. O'Brien (VSB No. 78886)
kobrien@kslaw.com
Scott Edson (*Pro Hac Vice* pending)
sedson@kslaw.com
Kathryn Lehman (*Pro Hac Vice* pending)
klehman@kslaw.com
Jarred Reiling (*Pro Hac Vice* pending)
jreiling@kslaw.com
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 572-2442

*Counsel for Plaintiff*
*Alfonza Hardy Greenhill*

## CERTIFICATE OF SERVICE

I hereby certify that on the 10th day of April, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Date:   April 10, 2020

Respectfully submitted,

*/s/ Kevin J. O'Brien*
Kevin J. O'Brien (VSB No. 78886)
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 572-2442
kobrien@kslaw.com

*Attorney for Plaintiff*
*Alfonza Hardy Greenhill*