# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ALFONZA HARDY GREENHILL,**<br><br>Plaintiff,<br><br>v.<br><br>**HAROLD W. CLARKE** *et al.*,<br><br>**Defendants.** | Case No. 7:16-cv-00068 |

## ORDER GRANTING MOTIONS TO APPEAR *PRO HAC VICE*

**THIS CAUSE** comes before the Court on the Motions to Appear *Pro Hac Vice* for SCOTT EDSON, JARRED REILING and KATHRYN LEHMAN, (Docket Item Nos. 71, 72, 73) (collectively, "Motions"), pursuant to Rule 6(d) of the Local Rules of the United States District Court for the Western District of Virginia. This Court having considered the Motions and all other relevant factors, it is hereby **ORDERED** that the Motions are **GRANTED** and SCOTT EDSON, JARRED REILING and KATHRYN LEHMAN may appear and participate in this action pro hac vice on behalf of Plaintiff ALFONZA HARDY GREENHILL. SCOTT EDSON, JARRED REILING and KATHRYN LEHMAN shall sign up for electronic filing using the CM/ECF Registration Form.

**ENTERED:** This 28th day of April, 2020.

/s/ *Pamela Meade Sargent*
UNITED STATES MAGISTRATE JUDGE