UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

ALFONZA HARDY GREENHILL

        Plaintiff,

v.

HAROLD W. CLARKE, DIRECTOR
VIRGINIA DEPARTMENT OF
CORRECTIONS; A. DAVID ROBINSON,
CHIEF OF CORRECTIONS OPERATIONS;
EARL BARKSDALE, WARDEN - RED
ONION STATE PRISON; JEFFREY KISER,
WARDEN - RED ONION STATE PRISON;
ASSISTANT WARDEN FULLER – RED
ONION STATE PRISON; LARRY
COLLINS, UNIT MANAGER; AIMEE
DUNCAN, UNIT MANAGER; WALTER
SWEENEY, UNIT MANAGER; DANIEL R.
THEIBEN, CHAPLAIN; JOHN DOE 1;
JOHN DOE 2; JOHN DOE 3; JOHN DOE 4;
JOHN DOE 5, INDIVIDUALLY AND IN
THEIR OFFICIAL CAPACITIES;
GRACEINSIDE f/k/a Chaplain Service Prison
Ministry of Virginia, Inc., f/k/a, Chaplain
Service of the Churches of Virginia, f/k/a
Interdenominational Religious Work
Foundation,

        Defendants.
_____/

Civil Action No. 716cv00068

## STIPULATED DISMISSAL WITH PREJUDICE

      Pursuant to Rule 41 of the *Federal Rules of Civil Procedure*, Plaintiff, Alfonza Hardy Greenhill, and Defendants, Harold W. Clarke, A. David Robinson, Earl Barksdale, Jeffrey Kiser, Assistant Warden Fuller, Larry Collins, Aimee Duncan, and Walter Sweeney ("VDOC Defendants"), stipulate to dismissal of this action with prejudice. The Parties, having resolved their claims by a separate agreement, hereby **STIPULATE** under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this case is **DISMISSED WITH PREJUDICE with respect to**

**the only remaining defendants in the action:** Harold W. Clarke, A. David Robinson, Earl Barksdale, Jeffrey Kiser, Assistant Warden Fuller, Larry Collins, Aimee Duncan, and Walter Sweeney.

Date:   August 7, 2020

/s/ Kevin J. O'Brien
Kathryn S. Lehman *(admitted Pro Hac Vice)*
Kevin J. O'Brien (VSB No. 78886)
**KING & SPALDING LLP**
1180 Peachtree Street, NE
Atlanta, GA 30309
Phone: (404) 572-4600
klehman@kslaw.com
kobrien@kslaw.com

Scott M. Edson *(admitted Pro Hac Vice)*
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 200
Washington, DC 20006
Phone: (202) 737-0500
sedson@kslaw.com

Jarred Lee Reiling *(admitted Pro Hac Vice)*
**KING & SPALDING LLP**
353 N. Clark Street, 12th Floor
Chicago, IL 60653
Phone: 312-764-6912
jreiling@kslaw.com

*Attorneys for Plaintiff*
*Alfonza Hardy Greenhill*

Respectfully submitted,

/s/ Laura H. Cahill
Laura H. Cahill, AAG, (VSB No. 86328)
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-5630
Email: lcahill@oag.state.va.us

*Counsel for VDOC Defendants*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 7th day of August, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to all counsel of record.

Laura H. Cahill, AAG, (VSB No. 86328)
Office of the Attorney General
Criminal Justice & Public Safety Division
202 North 9th Street
Richmond, Virginia 23219
(804) 786-5630
Email: lcahill@oag.state.va.us

*Counsel for VDOC Defendants*

                                              */s/ Kevin J. O'Brien*
                                              Kevin J. O'Brien (VSB No. 78886)

                                              *Attorney for Plaintiff*
                                              *Alfonza Hardy Greenhill*