# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| **ALFONZA HARDY GREENHILL,** | |
| Plaintiff, | Case No. 7:16CV00068 |
| v. | **FINAL ORDER** |
| **HAROLD CLARKE, ET AL.,** | By: James P. Jones |
| | United States District Judge |
| Defendants. | |

The remaining parties in this case have jointly filed a Stipulation of Dismissal with Prejudice, having resolved their claims by a separate agreement. Accordingly, it is **ORDERED** that this civil action is DISMISSED WITH PREJUDICE, and the clerk will close the case.

ENTER: August 10, 2020

/s/ James P. Jones
United States District Judge